# rIN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

MENIKA PARISH,

        Plaintiff,

v.

CREDIT ONE BANK, N.A., FIRST NATIONAL CREDIT CARD, NAVY FEDERAL CREDIT UNION, CAPITAL ONE BANK, WELLS FARGO BANK, N.A., TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC, and EXPERIAN INFORMATION SOLUTIONS, INC.,

        Defendant.

Case No.

## DEFENDANT TRANS UNION LLC'S NOTICE OF REMOVAL

COMES NOW, Trans Union LLC ("Trans Union"), by and through its counsel of record, and hereby files this Notice of Removal, pursuant to 28 U.S.C. § 1446(a) and, in support thereof, would respectfully show the Court as follows:

### A. PROCEDURAL BACKGROUND

1. On or about April 3, 2025, Plaintiff Menika Parish ("Plaintiff") filed her Complaint ("Complaint") in this action in the Superior Court of Gwinnett County, Georgia, Case No. 25-A-03097-1 ("State Court Action"). In her Complaint, Plaintiff alleges violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*.

1

2. Trans Union was served with Plaintiff's Complaint on April 28, 2025. This Notice of Removal is being filed within the 30-day time period required by 28 U.S.C. § 1446(b).

3. The time period for filing a responsive pleading in the State Court Action has not expired as of the filing of this Notice of Removal. No orders have been entered in the State Court Action as of the filing of this Notice of Removal.

## B.  GROUNDS FOR REMOVAL

4. The present suit is an action over which the United States District Court for the Northern District of Georgia, Atlanta Division, has original jurisdiction pursuant to 28 U.S.C. § 1331 as it is a civil action founded on a claim or right arising under the laws of the United States. This civil action may be removed to this Court by Trans Union pursuant to the provisions of 28 U.S.C. § 1446(b). Removal is proper because Plaintiff's claims present a federal question. 28 U.S.C. §§ 1331 and 1441(a). In the Complaint, Plaintiff seeks damages for Trans Union's alleged violations of the FCRA.

5. Pursuant to 28 U.S.C. § 1367, this Court also has supplemental jurisdiction over the state law claims asserted by Plaintiff.

## C.  COMPLIANCE WITH PROCEDURAL REQUIREMENTS

6. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the Northern District of Georgia, Atlanta

Division, because it is in the district and division embracing the place where the State Court Action is pending.

7. Promptly after the filing of this Notice of Removal, Trans Union shall give written notice of removal to the Plaintiff and will file a copy of this Notice of Removal with the Superior Court of Gwinnett County, Georgia, as required by 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Trans Union in the State Court Action are attached hereto as **Exhibit A**.

9. Trial has not commenced in the Superior Court of Gwinnett County, Georgia.

10. All Defendants that have been served upon the date of filing this Notice of Removal consent to the removal of this case as indicated in **Exhibit B**.[1]

WHEREFORE, Trans Union respectfully prays that this action be removed to this Court and that this Court assume full jurisdiction as if it had been originally filed here.

---

[1] Upon information and belief, Trans Union and Experian Information Solutions, Inc. are the only Defendants that have been served in the State Court Action. *See* Case No. 25-A-03097-1 in the Superior Court of Gwinnett County, Georgia. Counsel for Trans Union contacted several law firms that typically represent the Defendants listed in this case to further confirm that service had not been received.

Respectfully submitted,

*/s/ Paul L. Myers*
Paul L. Myers
Georgia Bar No. 767391
pmyers@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5452
(214) 871-2111 Fax
***Counsel for Trans Union LLC***

## **LOCAL RULE 5. 1 CERTIFICATION**

I hereby certify that TRANS UNION LLC'S NOTICE OF REMOVAL has been prepared in Times New Roman 14-point font in accordance with Local Rule 5.1.

*/s/ Paul L. Myers*
**PAUL L. MYERS**

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of May 2025, the above and foregoing document was filed via the Court's CM/ECF system which sent electronic notice of such to all parties of record.

I further certify that I have mailed the above and foregoing document via United States First Class Mail to the following:

Menika Parish
bookitlogisticsllc@gmail.com
3562 Willow Meadow Ln
Douglasville, GA 30135
(404) 788-9488
*Pro Se Plaintiff*

>   */s/ Paul L. Myers*
>   **PAUL L. MYERS**