# EXHIBIT A
## State Court Pleadings

## NOTICE OF FILING

COMES NOW Plaintiff Menika Parish, and hereby gives notice that she has filed the attached Amended Complaint in the IN THE SUPERIOR COURT OF GWINNETT COUNTY STATE OF GEORGIA, in the above-styled action.

This document is being served upon the named Defendants via first-class U.S. Mail to their registered agents, as stated in the Complaint.

Respectfully submitted this 3rd day of April, 2025.

/s/ Menika Parish
Menika Parish
Plaintiff, Pro Se
3562 Willow Meadow Ln
Douglasville, GA 30135-7907
(Phone): 404-788-9488
(Email): bookitlogisticsllc@gmail.com

## IN THE SUPERIOR COURT OF GWINNETT COUNTY

## STATE OF GEORGIA

MENIKA PARISH,

Plaintiff,

v.

CREDIT ONE BANK, N.A.
Serve: Agents and Corporations, Inc
18124 Wedge Pkwy Suite 925
Reno, NV 89511

FIRST NATIONAL CREDIT CARD (FNCC)
Serve: C T Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

NAVY FEDERAL CREDIT UNION
Serve: Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

CAPITAL ONE BANK
Serve: Corporation Service Company
1111 E Main Street Suite 1600
Richmond, VA 23218

WELLS FARGO BANK, N.A.
Serve: Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

TRANS UNION, LLC
Serve: Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, GA 30092

EQUIFAX INFORMATION SERVICES, LLC
Serve: Corporation Service Company

2 Sun Court, Suite 400
Peachtree Corners, GA 30092

EXPERIAN INFORMATION SOLUTIONS, INC.
Serve: C T Corporation System
289 S. Culver Street
Lawrenceville, GA 30046

Defendants.

CIVIL ACTION FILE NO. 25-A-03097-1

AMENDED COMPLAINT AND JURY DEMAND

## I. PRELIMINARY STATEMENT

1. Plaintiff brings this action for damages resulting from Defendants' violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq., and Georgia's Fair Business Practices Act ("GFBPA"), O.C.G.A. § 10-1-390 et seq.

2. Plaintiff has suffered financial harm, emotional distress, and reputational damage due to the unlawful conduct of Defendants in reporting and maintaining inaccurate and incomplete credit information, failing to reasonably investigate disputes, and re-reporting previously deleted information without proper notice.

## II. PARTIES

3. Plaintiff Menika Parish is a natural person residing at 3562 Willow Meadow Ln, Douglasville, Georgia 30135.

4. Defendant Credit One Bank, N.A. is a national banking association that furnishes information to credit reporting agencies.

5. Defendant FNCC is a creditor engaged in the furnishing of consumer credit information.

6. Defendant Navy Federal Credit Union is a federal credit union providing financial services.

7. Defendant Capital One Bank is a national bank engaged in consumer lending and credit reporting.

8. Defendant Wells Fargo Bank, N.A. is a national bank engaged in consumer lending and reporting.

9. Defendants Trans Union, LLC, Equifax Information Services, LLC, and Experian Information Solutions, Inc. are consumer reporting agencies under the FCRA.

## III. JURISDICTION AND VENUE

10. This Court has jurisdiction pursuant to O.C.G.A. § 15-7-4 and other applicable laws.

11. Venue is proper in Douglas County under O.C.G.A. § 14-2-510 and § 9-10-93, as the Defendants conduct business in this County and the acts complained of occurred within this jurisdiction.

## IV. FACTUAL ALLEGATIONS

12. Plaintiff discovered that Defendants reported inaccurate and incomplete information on her credit reports.

13. Plaintiff disputed the inaccuracies with Defendants yet they failed to conduct reasonable investigations and continued reporting false information.

14. Defendants reinserted previously deleted information without providing Plaintiff the legally required notice.

15. As a direct result of Defendants' conduct, Plaintiff suffered financial harm, including lowered credit scores, denial of credit opportunities, and emotional distress.

## V. CAUSES OF ACTION

COUNT I: VIOLATIONS OF FCRA (15 U.S.C. § 1681e(b))

16. Defendants failed to maintain reasonable procedures to ensure maximum possible accuracy in Plaintiff's credit reports, leading to false and damaging information being reported.

COUNT II: VIOLATIONS OF FCRA (15 U.S.C. § 1681i)

17. Defendants failed to conduct reasonable reinvestigations into Plaintiff's disputes and continued to report inaccurate information.

COUNT III: VIOLATIONS OF FDCPA (15 U.S.C. § 1692)

18. Defendants engaged in unfair and deceptive debt collection practices, misrepresenting account statuses and failing to verify debts before reporting them.

COUNT IV: VIOLATIONS OF GEORGIA FAIR BUSINESS PRACTICES ACT (O.C.G.A. § 10-1-390 et seq.)

19. Defendants engaged in deceptive and unfair trade practices that negatively impacted Plaintiff's credit standing and financial well-being.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court:

A. Award actual damages for each cause of action against Defendants;

B. Award statutory damages as provided by law;

C. Award punitive damages where appropriate;

D. Award reasonable attorneys' fees and costs;

E. Grant injunctive relief to prohibit further violations; and

F. Award such other and further relief as this Court deems just and proper.

## VII. JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

### Respectfully submitted this 3rd day of April, 2025.

/s/ Menika Parish

Menika Parish

Plaintiff, Pro Se

3562 Willow Meadow Ln

Douglasville, GA 30135-7907

(Phone): 404-788-9488

(Email): bookitlogisticsllc@gmail.com

## VIII. CERTIFICATE OF SERVICE

I hereby certify that I have this day served a true and correct copy of the foregoing Complaint upon all named Defendants by first-class U.S. Mail with adequate postage affixed thereto, addressed to their registered agents as listed in the Complaint.

This 3rd day of April, 2025.

/s/ Menika Parish

Menika Parish